UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> SAM RITH, in an individual capacity as trustee of the Sam Rith & Ileene Dith Trust; ILEENE DITH, in an individual capacity as trustee of the Sam Rith & Ileene Dith Trust; HUMZA ALFARAH; and Does 1-10 <br><br> Defendants. | CASE NO. 2:17-CV-00410-MCE-AC <br><br> **ORDER GRANTING REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** <br><br> Complaint Served: March 1, 2017 <br> Current Response Date: April 19, 2017 <br> New Response Date: May 3, 2017 <br><br> Trial Date: TBD <br> District Judge: Morrison England |

Upon considering the parties' Stipulation and Request to Extend Time to Respond to Initial Complaint, it is hereby ordered the deadline for all defendants in this case shall be extended to May 3, 2017.

IT IS SO ORDERED.

Dated: April 24, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE