UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>SAM RITH, in individual and representative capacity as trustee of the Sam Rith&IleeneDith Trust; ILEENEDITH, in individual and representative capacity as trustee of the Sam Rith&IleeneDith Trust; HUMZA ALFARAH;and Does 1-10,<br><br>    Defendants. | Case: 2:17-CV-00410-MCE-AC<br><br>**ORDER** |

Pursuant to F.R.CIV.P.41(a)(1) (A) (ii), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

Dated: May 9, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1